1  John Vodonick, Ph.D. (SB#063089)
   Vodonick Law
2  PO Box 763
   Nevada City. California 95959
3  Telephone 530 478 1078

4  Attorney for Plaintiffs

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8                                ) Case No. 2.23-CV-0376-TLN-DB
   The Original Sixteen to One   )
9  Mine, Inc. a California       )
   Corporation, Michael Miller,  ) **STIPULATED MOTION TO**
10 Hugh Dan O'Neill III, Robert  ) **DISMISS UPON SETTLEMENT**
   Besso, Jonathan Ferrell, Tom  ) **AGREEMENT; ORDER**
11 Woodfin, Keith Robertson,     )
                                 ) **The Honorable Troy L. Nunley**
12            Plaintiffs,         )
                                 )
13 vs.                           )
                                 )
14 Quartzview, Inc. a California )
   Corporation, Roger Haas, Simon)
15 P. Westbrook, Douglas Lockie, )
   Douglas W. Charlton, and Charles)
16 Crompton Jr., Does 1 through  )
   100, inclusive.               )
17
               Defendants.
18

19      COME NOW PLAINTIFFS and DEFENDANT CHARLES CROMPTON JR. who

20 agree and stipulate as follows:

21 1.   The parties to this stipulation have entered into a

22 settlement of the Claims of Plaintiffs in this action, having

23 entered into a settlement the Plaintiff requests that the Court

24                                1

25     The Original Sixteen to One Mine, Inc vs. Quartzview Corporation, et al.

          Stipulated Dismissal of Charles Crompton, Jr. upon Settlement

1 | dismiss Charles Crompton, Jr. with prejudice from this litigation

2 | all parties to bear their own Costs and Attorney Fees.

3 |

4 | DATED:7/12/2024                          */s/ John Vodonick, Ph.D.*
                                            John Vodonick
5 |                                         Attorney for Plaintiffs

6 |

7 | DATED:                                  */s/ John D. Pernick*
                                            John D. Pernick
8 |                                         Bergeson, LLP
                                  Attorneys for Charles Crompton, Jr.
9 |

10 |

11 |                              **ORDER**

12 |     Good cause appearing, and based upon the agreement of the

13 | Plaintiffs and Defendant Charles Crompton, Jr.; Charles

14 | Crompton, Jr. is DISMISSED WITH PREJUDICE from this action.

15 |

16 | DATED: July 15, 2024

17 |

18 |                              Troy L. Nunley
                                United States District Judge
19 |

20 |

21 |

22 |

23 |

24 |                                    2

25 |     The Original Sixteen to One Mine, Inc vs. Quartzview Corporation, et al.

        Stipulated Dismissal of Charles Crompton, Jr. upon Settlement